JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNETH RICHARD BARBER, ) | Case No. CV 12-10430-DMG (MLG) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| SMALLS, Warden, ) | |
| Respondent. ) | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: April 1, 2013

Dolly M. Gee
United States District Judge