JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

KENNETH RICHARD BARBER,

    Petitioner,

    v.

SMALLS, Warden,

    Respondent.

Case No. CV 12-10430-DMG (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: April 1, 2013

Dolly M. Gee
United States District Judge